UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MELISSA PENA,

                        Plaintiff,

                -v-                              26 Civ. 714 (JPC)

XPO LOGISTICS FREIGH, INC. and JOSE MOLINA-              ORDER
ALVARADO,

                   Defendants.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 2, 2026, the Court ordered counsel for all parties to submit a joint letter and proposed case management plan by February 10, 2026. That deadline has now passed and the docket does not reflect either submission. No later than February 13, 2026, the parties must file the required letter and case management plan or be prepared to show cause why sanctions should not issue.

      SO ORDERED.

Dated: February 12, 2026
      New York, New York

                                   JOHN P. CRONAN
                             United States District Judge